UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RUDOLPH WALKER,                                                                          PLAINTIFF

VS                                                          CIVIL ACTION NO:5:06cv60(DCB)(JMR)

THE CITY OF VICKSBURG, MISSISSIPPI;                                            DEFENDANTS
TOMMY MOFFETT; RICHARD O'BANNON;
LAURENCE LEYENS; MICHAEL MAYFIELD;
SIDNEY BEAUMAN; and John Does 1-10

## ORDER

**THE COURT FINDS** that it has dismissed all claims over which it had original jurisdiction and that there are no compelling circumstances which would warrant the exercise of supplemental jurisdiction over the remaining claims.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's state law claims should be dismissed without prejudice.

**SO ORDERED**, this the ___23rd___ day of January, 2008.

|  | BY: | s/ David Bramlette |
|--|--|--|
|  |  | UNITED STATES DISTRICT JUDGE |

JO.99372400.1